**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDREW BAEZ,

       Plaintiff,
vs.                                             CASE NO.: 8:18-cv-754-EAK-AAS

CENTRAL PORTFOLIO CONTROL, INC.,
SECURITY CREDIT SERVICES, LLC

       Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CENTRAL PORTFOLIO CONTROL, INC., ONLY**

Plaintiff, Andrew Baez, and Defendant, Central Portfolio Control, Inc., by and through counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice, as to Defendant Central Portfolio Control, Inc., <u>only</u>. Each party will be responsible for paying its own costs, expenses and attorney fees.

| THE CONSUMER PROTECTION FIRM | THE LAW OFFICES OF RONALD S. CANTER, LLC |
|---|---|
| /s/ William Bowles, Jr. | /s/ Ronald S. Canter |
| William B. Bowles, Jr., Esquire, Bar #0122998 | Ronald S. Canter, Esquire, Bar # 335045 |
| 4030 Henderson Blvd. | 200A Monroe Street, Suite 104 |
| Tampa, FL 33629 | Rockville, Maryland 20850 |
| BillBowles@TheConsumerProtectionFirm.com | Telephone: (301) 424-7490 |
| | Facsimile: (301) 424-7470 |
| | rcanter@roncanterllc.com |
| | *Attorneys for Defendant* |
| | |
| | *Local Address:* |
| | 400 S. Dixie Hwy #322 |
| | Boca Raton, Florida 33432 |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 9th day of July, 2018 to:

> William B. Bowles, Jr., Esquire
> William Peerce Howard, Esquire
> THE CONSUMER PROTECTION FIRM
> 4030 Henderson Blvd.
> Tampa, FL 33629
> BillBowles@The ConsumerProtectionFirm.com
> Billy@The ConsumerProtectionFirm.com

> /s/ Ronald S. Canter
> Ronald S. Canter, Esquire
> *Attorney for Defendant*