UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BAEZ,

    Plaintiff,

v.                                                   CASE NO.:  8:18-cv-00754-EAK-AAS

SECURITY CREDIT SERVICES, LLC,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** ANDREW BAEZ, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ANDREW BAEZ, and Defendant, SECURITY CREDIT SERVICES, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of September, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                                Respectfully submitted,

                                                *s/Geoffrey E. Parmer*
                                                Florida Bar No. 989258
                                                THE CONSUMER PROTECTION FIRM
                                                4030 Henderson Blvd.
                                                Tampa, FL 33629
                                                Tel: (813) 500-1500
                                                Fax: (813) 435-2369
                                                Geoff@TheConsumerProtectionFirm.com
                                                Counsel for Plaintiff