UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW BAEZ,

    Plaintiff,

v.                                      CASE NO.:  8:18-cv-754-T-A7AAS

CENTRAL PORTFOLIO CONTROL, INC.,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Andrew Baez, and the Defendant, Central Portfolio Control, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| */s/Geoffrey E. Parmer* | */s/ Ronald S. Canter* |
| Geoffrey E. Parmer, Esquire | Ronald S. Canter, Esquire |
| Florida Bar No. 989258 | Florida Bar No. 335045 |
| Geoff@TheConsumerProtectionFirm.com | rcanter@roncanterllc.com |
| William "Billy" Peerce Howard, Esquire | The Law Offices of Ronald S. Canter, LLC |
| Florida Bar No. 103330 | 200A Monroe Street, Suite 104 |
| The Consumer Protection Firm, PLLC | Rockville, MD 20850 |
| 4030 Henderson Boulevard | Tel.:  (301) 424-7490 |
| Tampa, FL 33629 | Fax:  (301) 424-7470 |
| Tel.:  (813) 500-1500 x206 | |
| Fax:  (813) 435-2369 | Local Address: |
| *Attorneys for Plaintiff* | 400 S. Dixie Hwy #322 |
| | Boca Raton, FL 33432 |
| | |
| | *Attorneys for Defendant,* |
| | *Central Portfolio Control, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on August 6, 2019 to all parties of record.

    Respectfully submitted,

    */s/Geoffrey E.Parmer*
    Geoffrey E. Parmer, Esquire
    Florida Bar No. 989258